UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PAULA DOWDS,

            Plaintiff,

   -v-

WALMART, INC. *et ano.*,

           Defendants.
---------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/31/2024
```

**ORDER OF DISMISSAL**

22-CV-9525 (JLC)

WHEREAS, the parties came before me for a settlement conference today and reached a settlement;

It is hereby ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, but without prejudice to the right to reopen the action within 30 days of the date of this Order if the settlement is not consummated.  To be clear, any application to reopen must be filed within 30 days of the date of this Order; any application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 30-day period to be "so ordered" by the Court.  Nothing in the issuance of this Order prevents the parties from filing a stipulation of dismissal within the 30-day period.

1

Any pending motions are moot.  All deadlines are adjourned sine die.

The Clerk is respectfully directed to close this case.

**SO ORDERED.**

Dated: May 31, 2024
      New York, New York

                                                            JAMES L. COTT
                                                            United States Magistrate Judge